UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KIMBERLY M. SANDERS, )
)
    Plaintiff, )
)
vs. ) Case No. 4:08CV00745 ERW
)
CONCRETE STRATEGIES, INC., et al., )
)
    Defendants. )

## MEMORANDUM AND ORDER

This matter comes before the Court upon Plaintiff's failure to show cause, pursuant to this Court's September 15, 2008 Order [doc. #11], why this action should not be dismissed for failing to respond to Defendants' Motion to Dismiss [doc. #10]. Defendants filed their Motion to Dismiss on August 1, 2008. When Plaintiff failed to file a response to the Defendants' Motion, the Court ordered Plaintiff to show cause no later than September 25, 2008. Plaintiff has failed to make such a showing.

Accordingly,

**IT IS HEREBY ORDERED** that the above-styled action is **DISMISSED without prejudice**.

Dated this 30th Day of September, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE